**Fill in this information to identify the case:**

Debtor 1: Eulia Gonzalez

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Southern District of Florida

Case number: 24-206220-CLC

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: WILMINGTON TRUST, NA*

Court claim no. (if known): 1

Last 4 digits of any number you use to identify the debtor's account: 4 6 1 0

Date of payment change: 01/01/2025
Must be at least 21 days after date of this notice

New total payment: $ 2,323.82
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: *NOT IN ITS INDIVIDUAL CAPACITY *BUTSOLELY AS OWNER TRUSTEE FROM BRAVO RESIDENTIAL FUNDING TRUST2020-RP1

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 12.44 %    New interest rate: 12.00 %

   Current principal and interest payment: $ 1,900.00    New principal and interest payment: $ 1,837.97

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☐ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1  **Eulalia Gonzalez**
First Name   Middle Name   Last Name

Case number (if known) **24-206220-CLC**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ *Carla Umana-Espertin*
Signature

Date **12/11/2024**

Print: **Carla Umana-Espertin**
First Name   Middle Name   Last Name

Title **Assistant Secretary**

Company **Nationstar Mortgage LLC**

Address **P.O. Box 619096**
Number   Street

**Dallas**   **Tx**   **75261**
City   State   ZIP Code

Contact phone **877-888-4623**

Email **carla.umanaespertin@mrcooper.com**

Official Form 410S1   Notice of Mortgage Payment Change   page 2

[Print]  [Save As...]  [Add Attachment]  [Reset]



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

11/01/2024



**OUR INFO**
**ONLINE**
www.rushmoreservicing.com

**YOUR INFO**
**LOAN NUMBER**

**PROPERTY ADDRESS**
5561 E 4 AVE
HIALEAH, FL 33013

EULALIA E GONZALEZ
5561 E 4 AVE
HIALEAH, FL 33013-0153

Dear Eulalia E Gonzalez:

**Changes to Your Mortgage Interest Rate on 12/1/24 and Payment on 1/1/25.**

Under the terms of your Adjustable Rate Mortgage (ARM), you had a 6 month period which your interest rate stayed the same. That rate ends on 12/1/24, so on that date your interest rate changes. After that, your interest rate and payment change every 6 months for the life of your loan. **Your interest rate is scheduled to change again on 6/1/25, which will be reflected on the account information on your monthly billing statement.**

|  | **Current Rate and Monthly Payment** | **New Rate and Monthly Payment** |
|---|---|---|
| Interest Rate | 12.440% | 12.000% |
| Principal | $34.39 | $38.69 |
| Interest | $1,865.61 | $1,799.28 |
| Escrow | $485.85 | $485.85 |
| **TOTAL MONTHLY PAYMENT** | $2,385.85 | $2,323.82 due 1/1/25 |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the FTSE USD IBOR CONSUMER CASH FALLBACK- SIX MONTH and your margin is 7.140%. The FTSE USD IBOR CONSUMER CASH FALLBACK- SIX MONTH is published THE SIX MONTH FTSE CONSUMER CASH FALLBACK AS PUBLISHED DAILY BY FTSE.

**Rate Limits:** Your rate cannot go higher than 15.440%, or lower than 8.440%, over the life of the loan. Your rate on the first change cannot be increased by more than 7.000% or decreased by more than 0.000%. On all subsequent changes, your rate will not increase by more than 1.000% or decrease by more than 1.000%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the FTSE USD IBOR CONSUMER CASH FALLBACK- SIX MONTH index, your margin of 7.140%, your loan balance of $179,928.18, and your remaining loan term of 388 months.

**Prepayment Penalty:** We will not assess a prepayment penalty at any time, in the event you would like to pay part or all of your mortgage balance.

*Please be advised, if your monthly payments are auto drafted from your bank account, changes to your monthly payment, per the terms of your Adjustable Rate Note, will be reflected in the amount deducted from your account.*

If you have any questions, your Dedicated Loan Specialist is Ariel Villela and can be reached at (877)-888-4623 or via mail at Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067. Our hours of operation are Monday through Friday from 7 a.m. to 8 p.m. (CT). Visit us on the web at www.rushmoreservicing.com for more information.

Sincerely,

Rushmore Servicing

Rushmore Servicing<sup>SM</sup> and Mr. Cooper® are brand names for Nationstar Mortgage LLC.
**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

